ACCEPTED
04-16-00786-CV
9/25/2017 2:27 PM

## NO. 04-16-00786

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

09/25/2017 2:27:41 PM

KEITH E. HOTTLE
CLERK

IN THE
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

ANTHONY MOORE AND JOANN MOORE,

*Appellant*

v.

DAVID SUBIA,

*Appellee*

_____

On Appeal from the County Court at Law, Bexar County, Texas

**APPELLEE'S OPPOSED MOTION FOR EXTENSION OF TIME
TO FILE HIS BRIEF**

TO THE HONORABLE FOURTH COURT OF APPEALS:

APPELLEE, DAVID SUBIA ("Appellee"), respectfully present his Motion for Extension of Time to file His Brief, and would respectfully show the Court as follows:

I.

On August 21, 2017, Appellants filed their Amended Brief. Appellee's Brief was due on September 20, 2017. Appellees request an extension of time to file their brief for the following reasons:

- The undersigned attended numerous hearings during the week of August 21, 2017 to August 25, 2017 in child custody and real estate matters;

- The undersigned participated in a two-day mediation on August 30, 2017 and September 1, 2017;

- The undersigned worked on a petition for review to the Texas Supreme Court during the week of September 5, 2017 to September 8, 2017;

- The undersigned's office was closed for Labor Day on September 4, 2017; and

- The length of Appellants' Brief requires additional time to respond.

## II.

Appellee asks this Court to extend the time to file their Brief for thirty days up to and including October 20, 2017. Appellants have been granted numerous extensions of time in the past.

## III.

This motion is not brought for purposes of delay but solely that justice may be served.

WHEREFORE, PREMISES CONSIDERED, APPELLEE prays that he be given an additional thirty (30) days to respond to Appellants' Brief. Appellee prays for such other relief to which he may be entitled consistent with this Court's ruling.

2

Respectfully submitted,

*/s/ Christopher J. Deeves*
CHRISTOPHER J. DEEVES
State Bar No. 00790575

THE LAW OFFICE OF
CHRISTOPHER DEEVES, P.C.
1370 Pantheon Way, Suite 110
San Antonio, Texas 78232
(210) 445-8807
(210) 501-0915 (fax)
e-mail: chrisdeeves@att.net

ATTORNEY FOR
APPELLEE
DAVID SUBIA

## CERTIFICATE OF CONFERENCE

On September 20, 2017, Appellee's counsel called pro se Appellant, Anthony Moore, who refused to discuss this matter without a submission in writing. A proposed motion was sent to him. Pro se Appellant then filed an opposition to this motion without ever receiving the proposed motion or discussing it. This motion is therefore opposed.

*/s/ Christopher J. Deeves*
CHRISTOPHER J. DEEVES

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and foregoing document was served as indicated to the following counsel of record listed below on September 25, 2017:

***Via Priority Mail***
Anthony Moore
Joann Moore
P.O. Box 340096
San Antonio, Texas 78234

*/s/ Christopher J. Deeves*
CHRISTOPHER J. DEEVES
